United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12358-mdc
John Moore                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Nov 18, 2016
                           Form ID: 138NEW         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db          +John Moore,    219 Carolina Avenue,    Phoenixville, PA 19460-2470
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
             PO Box 619096,   Dallas, TX  75261-9741)
13504800     Landis & Setzler PC,    310 N. High Street,    West Chester, PA 19380-2614
13570582    +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13504802    +Rawle & Henderson, LLP,    1339 Chestnut Street, 16th Floor,    Philadelphia, PA 19107-3519
13504803    +Santander,    Po Box 961245,    Ft Worth, TX 76161-0244
13504805    +Townhomes at French Creek,    C/O Shew Community Management,    PO Box 1605,
             West Chester, PA 19380-0127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 19 2016 02:30:30    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBKNOTICE1@state.pa.us Nov 19 2016 02:28:42
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2016 02:30:14    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2016 02:22:43    PYOD LLC,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13504798    +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 19 2016 02:31:37
             Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13504799    +E-mail/Text: bankruptcy@icsystem.com Nov 19 2016 02:31:19    IC System,    Attn: Bankruptcy,
             444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13577370    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2016 02:24:02
             PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13504804    +E-mail/Text: bankruptcy@sw-credit.com Nov 19 2016 02:29:44    Southwest Credit Syste,
             4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
13546539    +E-mail/Text: bncmail@w-legal.com Nov 19 2016 02:29:56
             Wells Fargo Bank, National Association,    C/O Weinstein & Riley, P.S.,
             2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                   TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13504801*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
              Lewisville, TX 75067)
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                           Signature:  /s/Joseph Speetjens

_____


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al.
              agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
              DanS@w-legal.com
              JOSEPH L QUINN    on behalf of Debtor John   Moore CourtNotices@sjr-law.com

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Nov 18, 2016
                             Form ID: 138NEW          Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@phl13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Moore

              Debtor(s)                                            Bankruptcy No: 15−12358−mdc

                                                                       Chapter: 13

_____

### *NOTICE*


To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:


    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

within 30 days from the date of this notice.



    3. In the absence of any objection, the Court may enter the Order of Discharge.



                                        For The Court

                                        Timothy B. McGrath
                                        Clerk of Court


Dated: 11/18/16