Certificate Number: 05781-PAE-DE-028420237

Bankruptcy Case Number: 15-12358



05781-PAE-DE-028420237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 29, 2016, at 12:03 o'clock PM PST, John Moore completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 29, 2016           By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President