United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Moore  
     Debtor

Case No. 15-12358-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Dec 23, 2016  
                  Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.  
db           +John Moore,    219 Carolina Avenue,    Phoenixville, PA 19460-2470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2016 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com  
       JOSEPH L QUINN    on behalf of Debtor John Moore CourtNotices@sjr-law.com  
       THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

John Moore : Case No. 15–12358–mdc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , December 23, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

51
Form 195